DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED

JAN 1 3 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
MICHAEL W. HENSCEY

Chapter 13
Case No. 05-3-5364 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $957.21 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 004 | CLERK OF THE COURT FOR GREAT SENECA/CHASE 702 KING FARM BLVD/2 IRVINGTON CNTR ROCKVILLE, MD 20850-5775 | $957.21 |

Dated:  January 12, 2011

CECILIA MARCELO
Receipts Administrator